UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRACE WAMMACK,

       Plaintiff,                        Case No. 1:20–cv–45

   v.                                   Hon. Robert J. Jonker

PRINCESS PEDICURE SPAS, INC.,

       Defendant.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

     NOTICE is hereby given that the above–captioned case was filed in this court on January 18, 2020 .   The case has been assigned to Robert J. Jonker .

                                                CLERK OF COURT

Dated:   January 21, 2020       By:   /s/ N. Stimec_____
                                                 Deputy Clerk