# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

**GRACE WAMMACK**, individually and on behalf of all others similarly situated,

*Plaintiff,*

v.

**PRINCESS PEDICURE SPAS, INC.**, a North Carolina corporation,

*Defendant.*

Case No. 1:20-cv-00045-RJJ-SJB

**NOTICE OF CHANGE OF LAW FIRM AND ADDRESS**

To the clerk of court and all parties of record:

PLEASE TAKE NOTICE that I, Steven L. Woodrow, hereby submits this Notice of Change of Law Firm and Address for all documents in the above-captioned action. Mr. Woodrow's updated contact information is as follows:

Steven L. Woodrow
Woodrow & Peluso, LLC
3900 E. Mexico Ave., Suite 300
Denver, Colorado 80210
Tel: 720-213-0675
Fax: 303-927-0809

All notices and documents regarding this action should be sent to the address stated above.

Dated: January 24, 2020

/s/ Steven L. Woodrow

Steven L. Woodrow
swoodrow@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E Mexico Avenue, Suite 300
Denver, Colorado 80210
Tel: 720-213-0675
Fax: 303-927-0809

1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Steven L. Woodrow