UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

_____

MINUTES

GRACE WAMMACK

v.

PRINCESS PEDICURE SPAS, INC.

**CASE NO.** 1:20-CV-45
**DATE:** 4/2/20
**TIME:** 11:08 - 11:37 a.m.
**PLACE:** Grand Rapids
**JUDGE:** Hon. Robert J. Jonker

## APPEARANCES

**PLAINTIFF(S):**
Patrick H. Peluso

**DEFENDANT(S):**
Randall J. Groendyk

## WITNESSES

**PLAINTIFF(S):**

**DEFENDANT(S):**

## PROCEEDINGS

**NATURE OF HEARING:**

Rule 16 Scheduling Conference held by video.  Order to enter.

COURT REPORTER:    Glenda Trexler         /s/ Susan Driscoll Bourque
                                                        Case Manager