UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRACE WAMMACK,

    Plaintiff,

v.

PRINCESS PEDICURE SPAS, INC.,

    Defendant.
_____/

CASE NO. 1:20-CV-45

HON. ROBERT J. JONKER

## ORDER OF DISMISSAL

On October 13, 2020, the Court issued an order setting a deadline of December 11, 2020, for submission of closing documents (ECF No. 21). The deadline has lapsed with no response and accordingly,

**IT IS ORDERED** this matter is hereby **DISMISSED** without prejudice and without costs.

Date:   December 14, 2020

/s/ Robert J. Jonker
ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE